UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN COMSTOCK, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK U.S.A, N.A.,<br><br>Defendants. | Case No.: 3:13-cv-00001-CAB-JMA<br><br>[~~PROPOSED~~] ORDER<br><br>[DOC. NO. 11] |

Based on the Joint Motion of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: May 15, 2013           _____

                             Judge: Hon. Cathy Ann Bencivengo